Eric L. Cook, Esq. (AZ Bar #020797)
ecook@zbslaw.com
Joseph J. Tirello, Esq. (AZ Bar #033371)
jtirello@zbslaw.com
**ZIEVE, BRODNAX & STEELE, LLP**
3550 North Central Avenue, Suite 625
Phoenix, AZ 85004
Phone: (602) 282-6188
Attorneys for Defendants Bayview Loan Servicing, LLC and The Bank Of New York Mellon fka The Bank Of New York, As Trustee For The Certificateholders Of The CWALT, Inc., Alternative Loan Trust 2007-17CB Mortgage Pass-Through Certificates, Series 2007-17CB

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| RONALD WOLFSON,<br><br>   Plaintiff,<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-17B MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-17B,<br><br>   Defendants. | Case No. 3:17-cv-08258-DMF<br><br>**AFFIDAVIT OF JOSEPH J. TIRELLO IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL OPPOSITION TO EMERGENCY APPLICATION TO EXTEND SUPERIOR COURT'S TEMPORARY RESTRAINING ORDER AND RESTRAIN DECEMBER 13, 2017 TRUSTEE SALE** |

State of Arizona        )
                        ) ss:
County of Maricopa      )

   I, Joseph J. Tirello, Jr., being duly sworn upon oath, deposes and states as follows:

   1.   I was appointed substitute trustee by Defendant The Bank Of New York, As Trustee For The Certificateholders Of The CWALT, Inc., Alternative Loan Trust 2007-17CB Mortgage Pass-Through Certificates, Series 2007-17CB, ("Defendant BONY"), as evidenced by the Substitution of Trustee recorded on July 3, 2017 as instrument number 2017-0033812.

-1-

**AFFIDAVIT**                                                                File #17003357

1. A true and correct copy of the Substitution of Trustee is attached hereto as **Exhibit A**.

2. I have personal knowledge of the foregoing facts based upon my review of the information and documents consisting of a file associated with Trustee's Sale number 17-47459, which includes, but is not limited to the beneficiary documents, the Trustee's Sale Guarantee, the Notice of Trustee's Sale and Notices of Postponement.

3. As the trustee, I am familiar with the history of Defendant BONY's lien position and the default by Plaintiff under the promissory note and corresponding Deed of Trust recorded on May 21, 2007 in book 4508, page 240 of the official records of Yavapai County, Arizona.

4. According to the file, Beth Findsen, counsel for Plaintiff, requested that the Trustee's Sale be postponed for thirty (35) days to allow Plaintiff time to pursue loss mitigation options. This request is evidenced by the email correspondence between Beth Findsen and Eric L. Cook, attached as **Exhibits C** and **D** to Defendants' Supplemental Opposition to Plaintiff's Emergency Application to Extend the Superior Court's Temporary Restraining Order and Restrain the December 13, 2017 Trustee's Sale. My review of the file does not reflect any request for loss mitigation. Moreover, Defendant Bayview Loan Servicing, LLC and Defendant BONY would have communicated any request for loss mitigation had Plaintiff made such a request.

5. My review of the file reveals a reinstatement amount of $120,317.67 as of May 26, 2017. My review of the file also reveals a monthly mortgage payment of $1,397.98.

DATED this 15th day of December 2017.

_____
Joseph J. Tirello, Jr.

1  SUBSCRIBED AND SWORN TO before me this 15th day of December, 2017

2

3

4                                                                                    (SEAL)

5  Notary Public

6 
    COURTNEY PERRY
7   Notary Public - Arizona
    Maricopa County
    My Comm. Expires Nov 22, 2020

-3-

**AFFIDAVIT**                                                                    File #17003357

## CERTIFICATE OF SERVICE

I hereby certify that on the date stated above, a copy of the foregoing has been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system.

Beth Findsen, Esq,
The Law Offices of Beth K. Findsen, PLLC
7279 East Adobe Drive, suite D-120
Scottsdale, AZ 85255

/s/ *Eric L. Cook*
Eric L. Cook
An employee of the **ZIEVE, BRODNAX & STEELE, LLP**