EXHIBIT A

3211311630
Wolfson, Ronald

MERS MIN: 100039032113116301

# INTEREST-ONLY PERIOD FIXED RATE NOTE

| May 11, 2007 | Prescott | AZ |
|---|---|---|
| [Date] | [City] | [State] |

1716 Tatum Place
Prescott, AZ 86301
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 272,000.00      (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is Quicken Loans Inc.

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of      5.500 %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

**(A) Time and Place of Payments**

I will make a payment every month. This payment will be for interest only for the first      120      months, and then will consist of principal and interest.

I will make my monthly payment on the      1st      day of each month beginning on      July 1, 2007      . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date, and if the payment includes both principal and interest it will be applied to interest before Principal. If, on      June 1, 2037      , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at P.O. Box 553154, Detroit, MI  48255-3154
                                                     or at a different place if required by the Note Holder.

**(B) Amount of Monthly Payments**

My monthly payment will be in the amount of U.S. $ 1,246.67      for the first      120      months of this Note, and thereafter will be in the amount of U.S. $ 1,871.06      . The Note Holder will notify me prior to the date of change in monthly payment.

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date of my monthly payment

MULTISTATE INTEREST-ONLY PERIOD FIXED RATE NOTE-Single Family-Fannie Mae UNIFORM INSTRUMENT

Form 3271 1/01 (rev. 9/06)      1462645612
Wolters Kluwer Financial Services
VMP ®-836N (0609)

Page 1 of 3      Initials

q03211311630 0140 175 0103

unless the Note Holder agrees in writing to those changes. However, if the partial Prepayment is made during the period when my monthly payments consist only of interest, the amount of the monthly payment will decrease for the remainder of the term when my payments consist only of interest as well as during the time that my payments consist of principal and interest. If the partial Prepayment is made during the period when my payments consist of principal and interest, the amount of my monthly payment will not decrease; however, the principal and the interest required under this Note will be paid prior to the Maturity Date.

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of Fifteen calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 5.000 % of my overdue payment of interest and/or principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.



q03211311630 0140 175 0203

Form 3271 1/01 (rev. 9/06)

Initials

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_Ronald Wolfson_ _____ 05/11/2007 (Seal)
Ronald Wolfson                          -Borrower

_____ (Seal)
                          -Borrower

_____ (Seal)
                          -Borrower

_____ (Seal)
                          -Borrower

_____ (Seal)
                          -Borrower

_____ (Seal)
                          -Borrower

_____ (Seal)
                          -Borrower

_____ (Seal)
                          -Borrower

*[Sign Original Only]*

q03211311630 0140 175 0303

# EXHIBIT B

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
### Case No. <u>2:07−bk−04940−RTBP</u>
### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ronald Ansel Wolfson
1716 Tatum Place
Prescott, AZ 86301

Social Security No.:
xxx−xx−3752

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>6/20/08</u>                    <u>Redfield T. Baum PCT Sr.</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) − Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0970-2          User: beckette           Page 1 of 2            Date Rcvd: Jun 20, 2008
Case: 07-04940               Form ID: b18              Total Served: 60
```

```
The following entities were served by first class mail on Jun 22, 2008.
db       +Ronald Ansel Wolfson,  1716 Tatum Place,  Prescott, AZ 86301-6533
tr        WILLIAM E. PIERCE,  P.O. BOX 429,  CHINO VALLEY, AZ  86323-0429
cr       +Countrywide Home Loans, Inc. C/O Mark S. Bosco.,  TIFFANY & BOSCO, P.A.,   2525 E. CAMELBACK RD.,
          SUITE 300,  ESPLANADE II,  PHOENI, AZ 85016-4237
cr       +HSBC Mortgage Services, Inc. C/O Mark S. Bosco.,  TIFFANY & BOSCO, P.A.,   2525 E. CAMELBACK RD.,
          SUITE 300,  ESPLANADE II,  PHOENIX, AZ 85016-4237
cr       +JPMorgan Chase Bank, N.A. (c/o Kass),  Folks & O'Connor, PLLC,   1850 N. Central Ave., #1140,
          Phoenix, AZ 85004-4586
cr       +M&I DEALER FINANCE (C/O KASS),   FOLKS & O'CONNOR, PLLC,   1850 N CENTRAL AVE #1140,
          PHOENIX, AZ 85004-4586
cr       +National Bank of Arizona, C/O Mark S. Bosco.,   Tiffany & Bosco, P.A.,   2525 E. Camelback Rd.,
          Suite 300,  Esplanade II,  Phoenix, AZ 85016-4237
cr      +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,   25 SE 2ND AVE #1120,   MIAMI, FL 33131-1605
cr      +++WELLS FARGO BANK,   PO Box 53476,  Phoenix, AZ 85072-3476
7054772   AMC Mortgage,  PO Box 11000,  Santa Ana, CA  92711-1000
7054774   American Ranch HOA,  PO Box 1000,  Prescott, AZ  86304
7054775  +American Ranch Water & Sewer,   117 E. Gurley St. Suite 206,  Prescott, AZ 86301-3816
7054776   Bayview,  PO BOX 331409,  Miami, FL  33233-1409
7054783  +Chino Meadows II Water Co.,  PO Box 350,  Chino Valley, AZ 86323-0350
7054784  +Citi Dividend Platinum Select Card,  PO Box 6000,  The Lakes, NV  88901-6000
7054785  +Citi Platinum Select Card,  P.O. Box 6000,  The Lakes, NV 89163-0001
7126426   Citi Residential Lending, Inc.,  c/o Pite Duncan, LLP,   525 E. Main Street,  PO Box 12289,
          El Cajon, CA 92022-2289
7054786   Countrywide,  PO Box 650070,  Dallas, TX  75265-0070
7054787  +David Wolfson,  1500 Northridge,  Prescott, AZ 86301-4457
7054788  +Dillards Elite,  P.O. Box 960012,  Orlando, FL  32896-0012
7054789  +GE Money Bank,  PO BOX 530912,  Atlanta, GA 30353-0912
7054790  +Granite Mountain HOA,  2465 Shane Drive,  Prescott, AZ 86305-8983
7054791   Granite Mountain Water Co.,  PO BOX 350,  Chino Valley, AZ  86323-0350
7054792  +HOAMCO,  po box 10000,  Prescott, AZ 86304-0010
7054794   Home Depot Credit Services,  PO Box 6028,  The Lakes, NV  88901-6028
7054793   Home Depot Credit Services,  PO Box 6029,  The Lakes, NV  88901-6029
7054795  +Horizon Bank,  3002 Bluff Street,  Boulder, CO 80301-2104
7236839  +JPMorgan Chase Bank,  c/o Lisa S Kass,  Folks & O'Connor, PLLC,   1850 N Central Ave, #1140,
          Phoenix, AZ 85004-4586
7054797  +Jerry Sell,  404 S. Montezuma,  Prescott, AZ 86303-7012
7054798  +John and Karen Coleman,  211 Union Street,  Prescott, AZ 86303-3813
7054799  +Liberty Savings Bank,  12276 San Jose Blvd, Ste 108,  Jacksonville, FL 32223-8629
7054800   M & I Bank,  PO Box 3203,  Milwaukee, WI  53201-3203
7054801   M & T Bank,  PO Box 14240-1288,  Buffalo, NY  14240-1288
7054802  +MBNA,  PO BOX 5469,  Wilmington, DE 19808-0469
7054804  +Portfolio Recovery Services,  PO Box 12914,  Norfolk, VA 23541-0914
7054805   Quicken Loans,  PO Box 650070,  Dallas, TX  75265-0070
7054808  +RMS,  PO BOX 21298,  Lehigh Valley, PA 18002-1298
7054807   Rick Robidoux,  6370 W. Louise Drive,  Phoenix, AZ  86310
7054806  +Rick and Michele Stock,  PO BOX 638,  Taylor, AZ 85939-0638
7054809  +Robert M. Smith,  C/O Bill O'Leary,  115 Grove Avenue,  Prescott, AZ 86301-2909
7054810   Sallie Mae,  PO Box 9500,  Wilkes Barre, PA  18773-9500
7231443  +Sallie Mae Trust,  c/o Sallie Mae Inc.,  220 Lasley Ave,  Wilkes-Barre, PA 18706-1496
7054811   Sam's Club,  PO BOX 530970,  Atlanta, GA  30353-0970
7054812  ++TOYOTA MOTOR CREDIT CORPORATION,  PO BOX 8026,  CEDAR RAPIDS IA 52408-8026
          (address filed with court:  Toyota Financial Services,  PO Box 60116,
          City Of Industry, CA  91716-0116)
7054813  +United Collection Bureau, Inc.,  5620 Southwyck Blvd, Suite 206,  Toledo, OH 43614-1501
7133313 +++WILSHIRE CREDIT CORPORATION,  PO BOX 1650,  PORTLAND, OR  97207-1650
7054814   Wells Fargo,  PO BOX 54349,  Los Angeles, CA  90054-0349
7054816  +Zwicker & Associates, P.C.,  80 Minuteman Road,  Andover, MA 01810-1008

The following entities were served by electronic transmission on Jun 21, 2008.
smg      +EDI: AZDEPREV.COM Jun 21 2008 00:28:00  AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
          1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2612
smg       EDI: IRS.COM Jun 21 2008 00:28:00  IRS,  210 EAST EARLL DR, MS 5014 PX,   PHOENIX, AZ  85012
7054773   EDI: AMEREXPR.COM Jun 21 2008 00:28:00  American Express,  BOX 0001,
          Los Angeles, CA  90096-0001
7054777   EDI: CAPITALONE.COM Jun 21 2008 00:28:00  Capital One,  PO Box 60024,
          City Of Industry, CA  91716-0024
7054778   +EDI: CHASE.COM Jun 21 2008 00:28:00  Chase,  PO BOX 260161,  Baton Rouge, LA 70826-0161
7054780   EDI: CHASE.COM Jun 21 2008 00:28:00  Chase,  PO BOX 94014,  Palatine, IL  60094-4014
7054781   EDI: CHASE.COM Jun 21 2008 00:28:00  Chase Credit Card,  PO BOX 94014,
          Palatine, IL  60094-4014
7054782   EDI: CHASE.COM Jun 21 2008 00:28:00  Chase Visa,  PO BOX 94014,  Palatine, IL  60094-4014
7054796   EDI: HFC.COM Jun 21 2008 00:28:00  HSBC,  PO BOX 60139,  City Of Industry, CA 91716-0139
7054803   E-mail/Text: Richard.Ellis@nbarizona.com  National Bank of Arizona,
          Rick Ellis  AZ 7015-6190,  6001 N. 24th Street,  Phoenix, AZ  85016-2040
7152891   EDI: RECOVERYCORP.COM Jun 21 2008 00:28:00  Recovery Management Systems Corporation,
          25 S.E. 2nd Avenue, Suite 1120,  Miami, FL 33131-1605
7054814   EDI: WFFC.COM Jun 21 2008 00:28:00  Wells Fargo,  PO BOX 54349,  Los Angeles, CA  90054-0349
7054815   E-mail/Text: WCCEBMB@WIN.ML.COM  Wilshire,  PO BOX 7195,
          Pasadena, CA  91109-7195
                                                                              TOTAL: 13
```

```
District/off: 0970-2          User: beckette          Page 2 of 2          Date Rcvd: Jun 20, 2008
Case: 07-04940                Form ID: b18            Total Served: 60
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           ARGENT MORTGAGE CONPANY, LLC, its successors and/o
cr           M&T Bank
7054779*     Chase,   PO BOX 260161,   Baton Rouge, LA  70826-0161
                                                                          TOTALS: 2, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2008**                    **Signature:**   _Joseph Speetjens_

# EXHIBIT C

7/19/10  NOTICE OF INTENT TO ACCELERATE

**Bank of America**

**Home Loans**
P.O. Box 10221
Van Nuys, CA 91410-0221

Business Address:
400 National Way
Simi Valley CA 93065-6285

Send Payments to:
P.O. Box 515503
Los Angeles, CA 90051-6803

July 19, 2010

# EXHIBIT W

Ronald Wolfson
1716 TATUM PL
PRESCOTT, AZ 86301-6533

Account No.: 161853272
Property Address:
1716 Tatum Place
Prescott, AZ 86301-6533

## NOTICE OF INTENT TO ACCELERATE

Dear Ronald Wolfson:

BAC Home Loans Servicing, LP (hereinafter "BAC Home Loans Servicing, LP") services the home loan described above on behalf of the holder of the promissory note (the "Noteholder"). The loan is in serious default because the required payments have not been made. The total amount now required to reinstate the loan as of the date of this notice is as follows:

| Monthly Charges: | 06/01/2010 | | $2,793.96 |
|---|---|---|---|
| Late Charges: | 06/01/2010 | | $62.33 |
| Other Charges: | Total Late Charges: | | $0.00 |
| | Uncollected Costs: | | $0.00 |
| | Partial Payment Balance: | | ($0.00) |
| | | **TOTAL DUE:** | **$2,856.29** |

You have the right to cure the default. To cure the default, on or before August 18, 2010, BAC Home Loans Servicing, LP must receive the amount of $2,856.29 plus any additional regular monthly payment or payments, late charges, fees and charges which become due on or before August 18, 2010.

The default will not be considered cured unless BAC Home Loans Servicing, LP receives "good funds" in the amount of $2,856.29 on or before August 18, 2010. If any check (or other payment) is returned to us for insufficient funds or for any other reason, "good funds" will not have been received and the default will not have been cured. No extension of time to cure will be granted due to a returned payment. BAC Home Loans Servicing, LP reserves the right to accept or reject a partial payment of the total amount due without waiving any of its rights herein or otherwise. For example, if less than the full amount that is due is sent to us, we can keep the payment and apply it to the debt but still proceed to foreclosure since the default would not have been cured.

If the default is not cured on or before August 18, 2010, the mortgage payments **will be accelerated** with the full amount remaining accelerated and becoming due and payable in full, and foreclosure proceedings will be initiated at that time. As such, the failure to cure the default may result in the foreclosure and sale of your property. If your property is foreclosed upon, the Noteholder may pursue a deficiency judgment against you to collect the balance of your loan, if permitted by law.

You may, if required by law or your loan documents, have the right to cure the default after the acceleration of the mortgage payments and prior to the foreclosure sale of your property if all amounts past due are paid within the time permitted by law. However, BAC Home Loans Servicing, LP and the Noteholder shall be entitled to collect all fees and costs incurred by BAC Home Loans Servicing, LP and the Noteholder in pursuing any of their remedies, including but not limited to reasonable attorney's fees, to the full extent permitted by law. Further, you may have the right to bring a court action to assert the non-existence of a default or any other defense you may have to acceleration and foreclosure.

Your loan is in default. Pursuant to your loan documents, BAC Home Loans Servicing, LP may, enter upon and conduct an inspection of your property. The purposes of such an inspection are to (i) observe the physical condition of your property, (ii) verify that the property is occupied and/or (iii) determine the identity of the occupant. If you do not cure the default prior to the inspection, other actions to protect the mortgagee's interest in the property (including, but not limited to, winterization, securing the property, and valuation services) may be taken. **The costs of the above-described inspections and property preservation efforts will be charged to your account as provided in your security instrument and as permitted by law.**

If you are unable to cure the default on or before August 18, 2010, BAC Home Loans Servicing, LP wants you to be aware of various options that may be available to you through BAC Home Loans Servicing, LP to prevent a foreclosure sale of your property. For example:

1-888-325-6435

BAC Home Loans Servicing, LP is a subsidiary of Bank of America, N.A.

# EXHIBIT D

B:4853 P: 68   02/21/2012 02:57:47 PM   AODT
Leslie M. Hoffman
OFFICIAL RECORDS OF YAVAPAI COUNTY   $10.00
CORELOGIC   2012-0009124

B: 4853 P: 68   02/21/2012 02:57:47 PM   AODT
$10.00   Page: 1 of 1   2012-0009124

Recording Requested By:
**Bank of America**
Prepared By: **Kathy Oriard**
888-603-9011
When recorded mail to:
**CoreLogic**
**450 E. Boundary St.**
**Attn: Release Dept.**
**Chapin, SC 29036**

DocID#   21216185327293252

Property Address:
**1716 Tatum Pl**
**Prescott, AZ 86301-6533**
AZ0-ADT 17134819   2/8/2012

This space for Recorder's use

MIN #:   10003903213116301          MERS Phone #:   888-679-6377

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is **1901 E Voorhees Street, Suite C, Danville, IL 61834** does hereby grant, sell, assign, transfer and convey unto **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-17CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-17CB** . whose address is **101 BARCLAY ST - 4W, NEW YORK ,NY 10286** all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

Original Lender:       **QUICKEN LOANS INC.**
Borrower(s):           **RONALD WOLFSON, A SINGLE MAN**
Original Trustee:      **TITLE SOURCE, INC.**
Date of Deed of Trust: 5/11/2007       Original Loan Amount: $272,000.00
Recorded in Yavapai County, AZ on: 5/21/2007, book 4508, page 240 and instrument number 4138770

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on

**FEB 09 2012**

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

By:   *Mary Ann Hierman*
      Mary Ann Hierman
      Assistant Secretary

State of **California**
County of **Ventura**

On **Feb. 9, 2012** before me, *Darryl Brown* , Notary Public, personally appeared **Mary Ann Hierman** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

DARRYL BROWN
Commission # 1812305
Notary Public - California

# EXHIBIT E



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

**TRANSFER OF SERVICE NOTICE**
**October 26, 2012**

**********AUTO**MIXED AADC 331

Ronald Wolfson
1716 Tatum Pl
Prescott, AZ  86301-6533

**Loan Number:** 603635

**Property Address:** 1716 Tatum Place
Prescott, AZ 86301

NOTE: If you were paying your previous loan servicer via Automatic Clearing House (ACH) and want to participate in Bayview's automatic debit program, you will need to complete, sign and return our Electronic Funds Transfer Authorization to establish the ACH. To print a form, go to **bayviewloanservicing.com** and click on Payment Options.

Dear Customer:

Bayview Loan Servicing, LLC would like to take this opportunity to say "welcome". Your loan was being serviced by BANK OF AMERICA N.A. and was transferred to us. On October 16, 2012 Bayview became your new loan servicer. The transfer of servicing of mortgage loans is a common practice. It is our goal to make this transfer as seamless as possible for you. This transfer of servicing does not affect the terms or conditions of your loan documents, other than the terms directly related to the servicing of your loan. BANK OF AMERICA N.A. will provide us with a copy of your loan records.

Below you will find a summary of the changes that will occur.

**A few items of importance regarding this transfer:**

● Your prior servicer, BANK OF AMERICA N.A. will stop accepting mortgage payments after October 15, 2012.

● **Bayview Loan Servicing, LLC will start accepting mortgage payments on October 16, 2012. As of that date, all payments and correspondence should be addressed to Bayview Loan Servicing, LLC.**

● If you have already mailed your payment to BANK OF AMERICA N.A. and they receive it after the transfer date, it will be forwarded to Bayview Loan Servicing, LLC for processing.

● If you have your loan payment automatically debited from a bank account, you need to contact Bayview Loan Servicing, Customer Service to determine if this service is still available.

● This transfer does not affect the status of any pending Bankruptcy, or Foreclosure proceedings.

**Contact Information**

Should you have questions, here are the applicable mailing addresses, toll-free numbers, and hours of operation.

**Contact your prior servicer, BANK OF AMERICA N.A., on or before October 15, 2012:**

**Send Correspondence To:**
Bank of America, N.A.
P.O. Box 5170
Simi Valley, CA 93062-5170

**Customer Service:**
Toll-free Numbers & Hours
1-800-669-6607
Monday – Friday 7:00 am – 7:00 pm Local Time

**Contact your new servicer, Bayview Loan Servicing, LLC on or after October 16, 2012:**

| **Send Payment To:** | **Send Correspondence To:** | **Customer Service:** |
|---|---|---|
| Bayview Loan Servicing, LLC | Bayview Loan Servicing, LLC | Toll-free Numbers & Hours |
| 62516 Collection Center Drive | 4425 Ponce de Leon Blvd., 5th Floor | 1-877-251-0990 |
| Chicago, IL 60693-0625 | Coral Gables, FL 33146 | Mon – Fri 8:00 am – 9:00 pm ET |
| | | Sat 8:00 – 5:00 pm ET |

Please indicate the new Bayview Loan Servicing, LLC loan number on your check or any future correspondence. That number can be found at the top of this letter.

For easy access to your account, please visit our web site at bayviewloanservicing.com, effective October 16, 2012.

**Please Be Advised of the Following:**

- Billing statements are mailed on a monthly basis, approximately two weeks prior to the payment due date.

- Should you not receive a billing statement prior to the due date, please mail your payment without the coupon to the address above (be sure to write the new loan number on the check).

- For your convenience, we also offer Automatic Pay, Pay by Phone, and other fee-based payment options.

- If property taxes or insurance premiums have been paid out of an escrow / impound account, please forward copies of any future tax or insurance bills to our attention for processing. We will analyze your account at least annually, and will advise you of the amounts needed to meet your tax and insurance obligations, as they may change from time to time.

- If you are presently on a government allotment plan for making the monthly payment, you will need to make arrangements to have the payee changed to Bayview Loan Servicing, LLC, and have the payment forwarded to our offices.

- Bayview Loan Servicing, LLC does not offer Accidental Death, Life, Disability or other optional insurance. If you currently have these coverages and wish to maintain the insurance, you must make arrangements directly with the insurance carriers to make future premium payments.

- For year-end reporting purposes, questions regarding interest paid to the prior servicer must be directed to their attention. Bayview Loan Servicing, LLC will respond to any inquiries regarding activities occurring from the transfer date forward.

- CREDIT REPORTING – We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Bayview Loan Servicing, LLC is here to assist you with your loan servicing needs.

Sincerely,

*Marilyn Coro*

Marilyn Coro, First Vice President
Customer Support
Bayview Loan Servicing, LLC

Please see important information attached.

NL007 V 1.2 Loan No.: 603635

## IMPORTANT INFORMATION ABOUT YOUR CONSUMER RIGHTS

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedure Act (RESPA) (12U.S.C. 2605):

During the 60 day period following the effective date of the transfer of the loan servicing, a loan payment received by your previous servicer before its due date may not be treated by Bayview Loan Servicing, LLC as late, and a late fee may not be imposed upon you.

This section gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, they must provide you with a written acknowledgement within 20 Business Days of receipt of your request. A "qualified written request" is written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. Send your "qualified written requests" to:

Bayview Loan Servicing, LLC
ATTN: Customer Service
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

Not later than 60 business days after receiving your request, Bayview Loan Servicing, LLC must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60 business day period, Bayview Loan Servicing, LLC may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents. A business day is a day on which the offices of Bayview Loan Servicing, LLC are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

# EXHIBIT F


**BAYVIEW**
LOAN SERVICING

NOVEMBER 28, 2012

RONALD WOLFSON
1716 TATUM PL.
PRESCOTT, AZ 86301

Loan Number:       603635
Subject:           Debt Validation Letter

Dear Mr. Wilson:

This is in response to the recent correspondence received in our office regarding the above
referenced account.

After reviewing your account, our records indicate that Bayview acquired your loan on
October 16, 2012. Please disregard the system generated Debt Validation Letter dated October
30, 2012 as it was mailed to you in error. Please be advised that we are aware that your loan
has been discharged through Bankruptcy Chapter 7.

We apologize for the inconvenience this may have caused you.

If you have any further questions, please contact our Customer Service Department by using
our toll-free telephone number at (800) 457-5105.

Thank you for the opportunity to respond to your concerns.

Sincerely,

Jeffrey Kern
Research Department

# EXHIBIT G

Ronald Wolfson
1716 Tatum Pl.
Prescott, AZ 86301
June 27th, 2013

TO:   Att'n: Marilyn Coro, 1st VP Customer Support
      Bayview Loan Servicing, LLC
      Attn: Customer Service
      4425 Ponce de Leon Blvd., 5th Floor
      Coral Gables, FL 33146

      Re: TRANSFER OF SERVICE NOTICE dated October 26, 2012
      Property Address:  1716 Tatum Pl., Prescott, AZ 86301
      Loan Number:       0000603635

### 2nd Request: QUALIFIED WRITTEN REQUEST

Dear Marilyn Coro,

I sent you a Qualified Written Request on November 20th, 2012(copy attached).
I received a response from Jeffrey Kern of your research department dated
November 28th, 2012(copy attached).

Mr Kern stated:
"This is in response to the recent correspondence received in our office regarding
the above referenced account.
After reviewing your account, our records indicate that Bayview acquired your
loan on October 16,2012. Please disregard the system generated Debt Validation
Letter dated October 30,2012 as it was mailed to you in error. Please be advised
that we are aware that your loan has been discharged through Bankruptcy Chapter
7. We apologize for the inconvenience this may have caused you."

I sent Mr. Kern a letter on May 20th, 2013, and told him the loan was discharged by
the investor, the CWALT Trust, and explained that the CWALT Trust stated in
their Pooling and Servicing Agreement that they had insurance to pay off any non-
performing loan., and I further requested that he obtain the proper beneficiary
release as required by Arizona law, and send the document back to me after it was
signed and notarized. On Thursday, June 13, 2013, I received a phone call from
Laura Hofstatter, from St. Louis, whom I believe is Bayview's attorney. She asked
Page 1 of 3

me about the details of the problems I was having with my loan. She was totally unaware of <u>any</u> of the letters and correspondence between myself and Bayview. I emailed her all the documents and she promised to get back to me.

As of the date of this letter, she has not yet gotten back to me. As requested, I also sent her and her associate Gregory Iannelli in Phoenix proof that the loan was not discharged in bankruptcy as Mr. Kern had stated, and also reminded them that payments were made on the loan until May of 2010, 3 years after the bankruptcy discharge in 2007, which, if correct as Mr. Kern stated, would have resulted in the cessation of payments dating back to 2007.

Therfore, the information you provide me is false and incorrect.
Therefore, I am once again sending you a qualified written request.

<u>A true <u>full, complete and correct accounting of my loan is needed by me to verify your claims against me. I</u> request all documents showing the transfer, assignments, and/or sales from the original creditor, Quicken Loans, to all subsequent parties up to and including the claimed ownership of the CWALT 2007-17CB TRUST.

Under the Fair Debt Collections Practices Act (15 USC 1692g) I am hereby disputing the following facts stated in the debt validation letter dated October 30, 2012.

1)I am disputing the amount owed in its entirety.  Please provide proof of the debt owed and full accounting of how this amount was calculated.

2) I am disputing your claim that this loan is a secured obligation. You have stated that the owner of this loan is THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE OF THE CWALT 2007-17CB. Please provide proof of the chain of title from the original lender to CWALT 2007-17CB TRUST through the production of a copy of a CURRENT certified copy of my promissory note through named endorsements as governed under UCC Article 3 § 3-205.

Please provide copies of all documents showing the transfer, assignment, and conveyances of the loan you are now claiming to be the servicer of, including proof of your claim that this debt is a secured obligation and that no discharge has occurred on this debt, and that no tax credit was received by CWALT 2007-17CB TRUST for the discharge of this debt, and also provide proof that your company has authority to collect the debt on behalf of CWALT 2007-17CB

TRUST that includes my loan number.

Unless you can provide proof that this debt is a secured obligation at the present time, any attempt by your company to initiate an illegal and wrongful foreclosure against my property will immediately result in a lawsuit being filed against your company.

And also failure to answer my letter, or continued attempts to provide false and incorrect information will result in immediate legal action as well.

Thank you for your immediate attention to these very urgent matters.

Sincerely,

Ronald Wolfson

State of Arizona
County of Maricopa

Subscribed and Given to before me
the undersigned Notary public, this
___ Day of ____, 2013 by Ronald Wolfson.

**Notary Public State of Arizona**
**Maricopa County**
**Summerkaye Smith**
My Commission Expires 08/22/2015

Page 3 of 3

# EXHIBIT H

*EXHIBIT G-0*



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

*PAD/CPA*

*SEP 16 2014*

*RECEIVED*

September 4, 2014

Debra McGill
Office of Arizona Attorney General
Public Advocacy and Civil Rights Division
1275 West Washington
Phoenix, AZ 85007

Loan Number:          603635-Ronald Wolfson
Subject:              Debt Validation

Dear Ms. McGill:

May this letter serve as our response to the recent correspondence received regarding the above account.  Mr. Wolfson is requesting for Bayview Loan Servicing, LLC to validate that his debt was discharged. He also states that Bayview Loan Servicing, LLC is a non-secured creditor and is not the true and real party of interest for his home. Lastly, Mr. Wolfson would like for Bayview Loan Servicing to offer him a settlement in this matter.

After reviewing the account, our records indicate Bayview Loan Servicing, LLC acquired the servicing of the loan on October 16th, 2012. Our records also indicate that the loan was discharged through Chapter 7 Bankruptcy in June 2008. Although Mr. Wolfson may no longer have personal liability on the Note, the property is still subject to the lien of the security instrument and is subject to foreclose if unpaid. After Mr. Wolfson's loan was discharged, a foreclosure referral started on November 18, 2010. Please be advised that Bayview Loan Servicing is currently working on a Shortfall Settlement with Bank of America to offer Mr. Wolfson. Once completed, the Asset Manager assigned to his account will be in contact with him.

Enclosed are copies of the Note, Deed of Trust, Notice of Transfer, Assignment of Mortgage, and Account Activity Statement documents for your review.  Please note Bayview has been given the servicing rights and all negotiations must be done through Bayview Loan Servicing.

**The Following mailing address must be used for all Error Notices & Information Requests:**
**Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor,**
**Coral Gables, Fl 33146**

# EXHIBIT I


**BAYVIEW**
LOAN SERVICING

04/27/2016

Sent Via Certified Mail
9314 7100 1170 0865 1718 35

RONALD WOLFSON
1716 TATUM PL
PRESCOTT, AZ 86301-6533

Loan Number:        0000603635
Property Address:   1716  TATUM PL
                    PRESCOTT, AZ 86301

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear RONALD WOLFSON:

This letter is formal notice by Bayview Loan Servicing, LLC (herein as "BLS") that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

The loan is due for 06/01/2010 and subsequent payments, plus late charges, fees and costs. As of today, the total delinquency and reinstatement amount is $103,908.50, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 06/01/2010 |
| Total Monthly Payments Due: | | $101,713.88 |
| Late Charges: | | $0.00 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $2,194.62 |
| | Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$103,908.50** |

**It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that BLS paid on your behalf or advanced to your account.**

This letter is a formal demand to pay $103,908.50. If the default, together with additional payments that subsequently become due, is not cured by 06/01/2016, BLS will take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the property.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, BLS offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternative. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at 1-877-205-9958, 9:00 a.m. - 6:00 p.m., Monday - Friday, Eastern Time. WE ARE VERY INTERESTED IN ASSISTING YOU.


BR001
Page 1 of 3

9314 7100 1170 0865 1718 35

The default above can be cured by payment of the total amount plus any additional payments and fees that become due by 06/01/2016. Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument and sale of the property. Note that in addition to the regular monthly payments, additional charges, costs and fees may become due during the period between today's date and the date the aforementioned payments are due. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. You may contact our Loan Counseling Department at 1-800-771-0299 to obtain updated payment information..

Please include your loan number and property address with your payment and send to:

> Bayview Loan Servicing, LLC
> 4425 Ponce De Leon Blvd, 5th Floor
> Miami, FL 33146

If you wish to dispute the delinquency, or if you dispute the calculation of amount of the delinquency and reinstatement amount, you may contact us by calling 1-800-771-0299.

You have the right to reinstate the loan after acceleration, and to bring a court action to assert the non-existence of a default or any other defense of borrower to acceleration and sale. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

Unless you notify us within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Bayview Loan Servicing.

**Attention Servicemembers and dependents**: The Federal Servicemembers' Civil Relief Act ("SCRA") and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify BLS immediately. When contacting BLS as to your military service, you must provide positive proof as to your military status. If you do not provide this information, it will be assumed that you are not entitled to protection under the above-mentioned Act.

If you are experiencing financial difficulty, you should know that there are several options available to you that may help you keep your home. You may contact a government approved housing counseling agency which provides free or low-cost housing counseling. You should consider contacting one of these agencies immediately. These agencies specialize in helping homeowners who are facing financial difficulty. Housing

9314 7100 1170 0865 1718 35

counselors can help you assess your financial condition and work with us to explore the possibility of modifying your loan, establishing an easier payment plan for you, or even working out a period of loan forbearance. For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

You may be eligible for assistance from the Homeownership Preservation Foundation or other foreclosure counseling agency. You may call the following toll-free number to request assistance from the Homeownership Preservation Foundation: 1-888-995-HOPE(4673). If you wish, you may also contact us directly at 1-800-771-0299 and ask to discuss possible options.

This matter is very important. Please give it your immediate attention.

Sincerely,

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd, 5th Floor
Miami, FL  33146
1-800-771-0299

FEDERAL LAW REQUIRES US TO ADVISE YOU THAT BAYVIEW LOAN SERVICING, LLC IS A DEBT COLLECTOR AND THAT THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT AN INDEBTEDNESS AS YOUR PERSONAL OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE PROVIDE US WITH THE ATTORNEY'S NAME, ADDRESS AND TELEPHONE NUMBER.

BR001
Page 3 of 3

9314 7100 1170 0865 1718 35

EXHIBIT J



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL  33146

June 7, 2016

Ronald Wolfson
1716 Tatum Pl
Prescott, AZ 86301

Subject: Debt Validation

Loan Number:     603635
BLS Case Number: 10000011634

Dear Mr. Wolfson:

This letter is in response to the recent correspondence received in our office regarding the above referenced account. You stated according to the Trust's Pooling and Servicing Agreement, the loan was discharged over 24 months ago, and paid off. All foreclosure actions were permanently cancelled at that time, and so recorded with the Yavapai County, AZ recorder's office. You further stated the assignment filed in Yavapai County in 2010 is invalid and false. You are proposing a settlement with Bayview, even though you disagreed that Bayview had any standing to foreclose on this property.

After reviewing the account, our records indicate this loan was not included in the Bankruptcy discharged. Please note Bayview Loan Servicing, LLC acquired the servicing of the loan on 10/16/2012. At this time the account is currently due for June 1, 2010 and subsequent payments. Please be advised Bayview is the sub-servicer of the loan on behalf of the master servicer Bank of America. The owner of the loan is: CWALT Inc. Alternative Loan Trust 2007-17CB, The Bank of New York Mellon as Trustee, 101 Barclay Street, 8W, New York, NY 10286.

Enclosed is a copy of Account Activity Statements from (Bayview and Prior Servicer) as it provides a detailed accounting of all transactions and their effective dates. Also

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

The Following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, Fl 33146



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL  33146

enclosed is a copy of The Notice of Transfer, The Mortgage, The Assignment of Mortgage and The Interest-Only Period Fixed Rate Note.

For further review of your account please provide document to show this loan was discharged over 24 months ago and also provide documentation to support the claim that the assignment filed in Yavapai County is false.

Please be advised we have submitted your request for settlement to the appropriate department for review. An update will be sent to you under separate cover.

Please note Bayview has been given the servicing rights and all negotiations must be done through Bayview Loan Servicing.

Bayview Loan Servicing, as the Mortgage Servicer, is responsible for the monthly collection of the mortgage payment and escrow funds if applicable. As the mortgage servicer we must ensure that all tax and insurance premium are paid in order to protect our mutual interest. We have the authority for collection efforts and foreclosure proceedings in the event of default.

We have enclosed all supporting documentation used to complete the review on your account. You are entitled to request additional documentation regarding your inquiry. If you wish to do so, please submit your request to our Customer Support Department via fax at 305-631-5660. Alternatively, you may submit your request via email to customerservice@bayviewloanservicing.com or via regular mail to the mailing address referenced below.

We trust this letter serves to clarify our position.

If you have any further questions, please contact (Jamie O'Neal) in our Asset Management Department at our toll free at 855-229-1142, ext. 1310, Monday-Friday, 8:00 am to 9:00 pm ET.

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

The Following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, Fl 33146

 Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL  33146

Thank you for the opportunity to respond to your concerns.

Sincerely,

Leslie Diyoka
Customer Support Department
Bayview Loan Servicing, LLC

Enclosure

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

**The Following mailing address must be used for all Error Notices & Information Requests:**
**Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, Fl 33146**

# EXHIBIT K

# STATEMENT OF BREACH OR NON-PERFORMANCE

TS No.: 17-47459                    Loan No.: 0000603635

**NOTICE IS HEREBY GIVEN** that a breach or non-performance of the Trust Deed mentioned in the "Notice of Trustee's Sale" to which this Statement of Breach or Non-Performance is attached has occurred.  The nature of such breach of non-performance is as follows:

**The monthly installment of principal and interest which became due on 6/1/2010, late charges, and all subsequent monthly installments of principal and interest.**
**You are responsible to pay all payments and charges due under the terms and conditions of the loan documents which come due subsequent to the date of this notice, including, but not limited to, foreclosure trustee fees and costs, advances and late charges.**
**Furthermore, as a condition to bring your account in good standing, you must provide the undersigned with written proof that you are not in default on any senior encumbrance and provide proof of insurance. Nothing in this notice of default should be construed as a waiver of any fees owing to the beneficiary under the deed of trust, pursuant to the terms and provisions of the loan documents.**

The Beneficiary elects to sell or cause to be sold such property under the Trust Deed.

Dated: **6/29/2017**

Joseph J. Tirello, Jr., a member of the State Bar of
Arizona

     IF YOUR PROPERTY IS IN FORECLOSURE because you are delinquent in payments, it may be sold without any court action as stated in the enclosed Notice of Trustee's Sale.  You have the legal right to bring your account in good standing by paying all your past due payments plus permitted costs and expenses within 90 days from the date the Notice of Trustee's Sale was recorded.

     IF YOUR INTEREST IN THE TRUST PROPERTY IS SUBORDINATE in priority to that of the Deed of Trust being foreclosed, your interest may be subject to being terminated by the Trustee's Sale.

To find out the amount you must pay or to arrange for payment to stop the foreclosure or if your property is in foreclosure for any other reason, contact:

           **Bayview Loan Servicing, LLC**
           **4425 Ponce De Leon Blvd.**
           **5th Floor**
           **Coral Gables, FL 33146**
           **Phone: 602-282-6188**



# EXHIBIT L

2017-0033813 NTS
Recorded in Yavapai County, AZ
Leslie M. Hoffman Recorder  07/03/2017 12:57:54 PM
SERVICELINK TITLE AGENCY INC.  Fees: $9.00

Recording Requested by:

When Recorded Mail to:
Zieve, Brodnax & Steele, LLP
112 North Central Avenue, Suite 425
Phoenix, Arizona 85004

---

TS#: 17-47459   Order #: 170217879-AZ-VOI

SPACE ABOVE THIS LINE FOR RECORDERS USE

# NOTICE OF TRUSTEE'S SALE

The following legally described trust property will be sold, pursuant to the power of sale under that certain Deed of Trust dated 5/11/2007 and recorded on 5/21/2007, in Book 4508, Page 240, in the office of the County Recorder of Yavapai County, Arizona, **NOTICE! IF YOU BELIEVE THERE IS A DEFENSE TO THE TRUSTEE SALE OR IF YOU HAVE AN OBJECTION TO THE TRUSTEE SALE, YOU MUST FILE AN ACTION AND OBTAIN A COURT ORDER PURSUANT TO RULE 65, ARIZONA RULES OF CIVIL PROCEDURE, STOPPING THE SALE NO LATER THAN 5:00 P.M. MOUNTAIN STANDARD TIME OF THE LAST BUSINESS DAY BEFORE THE SCHEDULED DATE OF THE SALE, OR YOU MAY HAVE WAIVED ANY DEFENSES OR OBJECTIONS TO THE SALE. UNLESS YOU OBTAIN AN ORDER, THE SALE WILL BE FINAL AND WILL OCCUR** at public auction to the highest bidder on **the steps facing Gurley Street at the Old Yavapai County Courthouse located at 120 S. Cortez Street, Prescott, AZ 86303, on 10/2/2017 at 11:00 AM** of said day:

**LOT 394, OF CLIFF ROSE UNIT 6, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF YAVAPAI COUNTY, ARIZONA IN BOOK 44 OF MAPS, PAGE 6.**

Per A.R.S. Section 33-803 (A)(2) the successor trustee appointed here qualifies as a Trustee of the trust deed in the Trustee's capacity as a member of the State Bar of Arizona.

ACCORDING TO THE DEED OF TRUST OR UPON INFORMATION SUPPLIED BY THE BENEFICIARY, THE FOLLOWING INFORMATION IS PROVIDED PURSUANT TO A.R.S. SECTION 33-808(C):

Street address or identifiable location:      **1716 TATUM PLACE**
**PRESCOTT, AZ 86301**

A.P.N.: **105-04-191 0**

Original Principal Balance: **$272,000.00**

Name and address of original trustor:
(as shown on the Deed of Trust)
**RONALD WOLFSON, A SINGLE MAN**
**1716 TATUM PLACE**
**PRESCOTT, AZ 86301**



1

# NOTICE OF TRUSTEE'S SALE

Name and address of beneficiary:
(as of recording of Notice of Sale)
**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-17CB
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-17CB
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146**

NAME, ADDRESS & TELEPHONE NUMBER OF TRUSTEE:
(as of recording of Notice of Sale)

Joseph J. Tirello, Jr., a member of the State Bar of
Arizona
Zieve, Brodnax & Steele, LLP
112 North Central Avenue, Suite 425
Phoenix, Arizona 85004
Phone Number: (602) 688-7420

**SALE INFORMATION:**
Sales Line: (714) 730-2727 or
Website: www.servicelinkasap.com

Dated: 6-29-2017

_____
Joseph J. Tirello, Jr., a member of the State Bar of Arizona

**Per A.R.S. Section 33-803 (A)(2) the successor trustee appointed here qualifies as a Trustee of the trust deed
in the Trustee's capacity as a member of the State Bar of Arizona.**

State of Arizona            )
                            )  ss.
County of Maricopa          )

On 6/29/2017, before me, Courtney Perry, a Notary Public for the State of Arizona, personally
appeared Joseph J. Tirello, Jr., a member of the State Bar of Arizona, personally known to me (or proved to me on
the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and
acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument
the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public

**COURTNEY PERRY**
Notary Public - Arizona
Maricopa County
My Comm. Expires Nov 22, 2020

2

# EXHIBIT M

P.O. Box 23159
San Diego, CA 92193-3159

**IMPORTANT INFORMATION
ENCLOSED**



(11) 969 0024 8609 3683 9

Mailed On:              7/7/2017
Mailing Number:    0093117-01
Reference Number:  17-47459            ClientID:  Zieve000336  FC

RONALD  WOLFSON
1716 TATUM PLACE
PRESCOTT, AZ 86301

GenericAddressInsert.doc

Rev. 07/21/2010

2017-0033812 SUTR
Recorded in Yavapai County, AZ  Page 1 of 1
Leslie M. Hoffman Recorder  07/03/2017 12:57:54 PM
SERVICELINK TITLE AGENCY INC.  Fees: $9.00

RECORDING REQUESTED BY:

LSI Title Agency - FIS Default Solutions
Fidelity National Title

AND WHEN RECORDED MAIL TO:
Zieve, Brodnax & Steele, LLP
112 North Central Avenue, Suite 425
Phoenix, Arizona 85004

---

TS No.: 17-47459

## SUBSTITUTION OF TRUSTEE

WHEREAS, RONALD WOLFSON, A SINGLE MAN was the original Trustor, TITLE SOURCE, INC. was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR QUICKEN LOANS INC.QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS was the original Beneficiary under that certain Deed of Trust dated 5/11/2007 and recorded on 5/21/2007,  in book 4508 , page 240   of Official Records of Yavapai County, Arizona; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW, THEREFORE, the undersigned hereby substitutes Joseph J. Tirello, Jr., a member of the State Bar of Arizona, 112 North Central Avenue, Suite 425, Phoenix, Arizona 85004 as Trustee under said Deed of Trust.  Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated:  6.22.17                    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
                                   TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CW ALT, INC.,
                                   ALTERNATIVE LOAN TRUST 2007-17CB MORTGAGE PASS-THROUGH
                                   CERTIFICATES, SERIES 2007-17CB .By: Bayview Loan Servicing, LLC, its
                                   attorney in fact

                                   Randall Jackson
                                   Assistant Vice President

STATE OF ~~FLORIDA~~ PENNSYLVANIA
COUNTY OF Montgomery

The foregoing instrument was acknowledged before me  Lynda Buehler  this 22nd day of June, 2017, by
Randall Jackson .

(NOTARY SEAL)                      (Signature of Notary Public-State of) PENNSYLVANIA

          Lynda Buehler           (Name of Notary Typed, Printed, or Stamped)

Personally Known ✓ OR Produced Identification N/A
Type of Identification Produced  N/A

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Lynda Buehler, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Dec. 27. 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
ADRIAN FONTES
20170798845  10/27/2017  01:25
ELECTRONIC RECORDING

10221n58thp1-1-2-1--
Garciac

When recorded mail to:

DAP Rentals, LLC
13854 LAKESIDE CIRCLE 2ND FLOOR #311
STERLING HEIGHTS, MI 48313

Forward tax statements to the address given above

Space above this line for recorders use

Effective Date: OCTOBER 27th, 2017
A.P.N.:   168-03-039

Exempt B-1

### Special Warranty Deed

For consideration of Ten Dollars, and other valuable consideration, receipt of which is hereby acknowledged, EZ Homes, Inc., an Arizona Corporation, does hereby Grant to:

Grantee

**DAP Rentals, LLC, a Michigan Limited Liability Company**

Subject To: Current taxes and other assessments, reservation in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And the Grantor hereby binds itself and its successors to warrant and defend title against all acts of the Grantor herein, and no other, subject to matters set forth

The property situated in the county of **Maricopa**, State of Arizona, described as follows:

**LOT 38, COUNTRY ESTATES UNIT TWO-A, ACCORDING TO BOOK 129 OF MAPS, PAGE 29, RECORDS OF MARICOPA COUNTY, ARIZONA.**

Street address: 10221 N 58Th Pl, Paradise Valley, AZ 85253

EZ Homes, Inc.

By: _____

Eric Weinbrenner-President
Date: _____

State of Arizona    )
                             )  ss.
County of Maricopa  )

On **OCTOBER 27th**, 2017 before me, the undersigned, a Notary Public, personally appeared **Eric Weinbrenner as President on behalf of EZ Homes, Inc.** personally known to me (or provided to me on the basis of satisfactory evidence) to be the person (s) whose name (s) is/are subscribed to the within instrument and acknowledge to me that he/she/they executed the same and his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature: _Melissa C_

MELISSA CINI
Notary Public, State of Arizona
Maricopa County
My Commission Expires
May 12, 2019

MARICOPA COUNTY RECORDER
ADRIAN FONTES
20170790178   10/25/2017   10:11
ELECTRONIC RECORDING

170135148tdus-3-1-1--
sarabiam

Recording requested by:

When recorded mail to:

EZ HOMES, INC.
2200 E. CAMELBACK RD
STE. 216
PHOENIX, AZ 85016

Forward tax statements to the address given above

---

TS No.: **AZ-17-759683-BF**
Order No.: **170135148-AZ-VOI**

Space above this line for recorders use

**AFFIDAVIT OF VALUE EXEMPT PURSUANT
TO A.R.S SECTION 11-1134 (B)(1)**

## Trustee's Deed Upon Sale

APN No.: 168-03-039 2

Transfer Tax: **$0.00**

The undersigned grantor declares:
The grantee herein WASN'T the foreclosing beneficiary.
The amount of the unpaid debt together with costs was: **$569,092.32**
The amount paid by the grantee at the trustee sale was: **$488,000.00**
The documentary transfer tax is: **None** Said property is in the City of: **PARADISE VALLEY**, County of
**MARICOPA**

**QUALITY LOAN SERVICE CORPORATION** , as Trustee, (whereas so designated in the Deed of Trust
hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**EZ HOMES, INC.**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest
conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county
of **MARICOPA**, State of **ARIZONA**, described as follows:

**LOT 38, OF COUNTRY ESTATES UNIT TWO-A, ACCORDING TO THE PLAT OF RECORD IN
THE OFFICE THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN
BOOK 129 OF MAPS, PAGE 29.**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by
**GARY J HOLLISTER AND LESLIE D HOLLISTER , HUSBAND AND WIFE, AS COMMUNITY
PROPERTY WITH RIGHT OF SURVIVORSHIP**, as Trustor, dated **4/18/2007**, and recorded on  **5/7/2007**
as instrument number **20070531689**      of Official Records in the office of the Recorder of **MARICOPA,
ARIZONA**, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the
duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Sale under
the Deed of Trust recorded on **4/11/2017**, instrument no **20170254754**   of Official records. Trustee having
complied with all applicable statutory requirements of the State of Arizona and performed all duties required
by the Deed of Trust including sending a Notice of Sale within five days by certified mail, postage pre-paid to
each person entitled to notice in compliance with Arizona Civil Code 33-809.

TS No.: AZ-17-759683-BF

# Grantee Contact Information

Grantee is incorporated, organized, licensed, chartered, formed and/or registered in the State and Country reflected in the address block below:

EZ HOMES, INC.
c/o 2200 E. CAMELBACK RD
STE. 216
PHOENIX, AZ 85016
United States of America

"This instrument is being recorded as an
ACCOMMODATION ONLY, with no
Representation as to its effect upon title"