Eric L. Cook, Esq. (AZ Bar #020797)
ecook@zbslaw.com
Joseph J. Tirello, Esq. (AZ Bar #033371)
jtirello@zbslaw.com
**ZIEVE, BRODNAX & STEELE, LLP**
3550 North Central Avenue, Suite 625
Phoenix, AZ 85004
Phone: (602) 282-6188
Attorneys for Defendants Bayview Loan Servicing, LLC and The Bank Of New York
Mellon fka The Bank Of New York, As Trustee For The Certificateholders Of The
CWALT, Inc., Alternative Loan Trust 2007-17CB Mortgage Pass-Through Certificates,
Series 2007-17CB

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| RONALD WOLFSON,<br><br>Plaintiff,<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC;<br>THE BANK OF NEW YORK MELLON<br>FKA THE BANK OF NEW YORK, AS<br>TRUSTEE FOR THE<br>CERTIFICATEHOLDERS OF THE<br>CWALT, INC., ALTERNATIVE LOAN<br>TRUST 2007-17B MORTGAGE PASS-<br>THROUGH CERTIFICATES, SERIES<br>2007-17B,<br><br>Defendants. | Case No. 3:17-cv-08258-DMF<br><br>**ANSWER TO FIRST AMENDED<br>COMPLAINT** |

Defendants Bayview Loan Servicing, LLC and The Bank Of New York Mellon fka

The Bank Of New York, As Trustee For The Certificateholders Of The CWALT, Inc.,

Alternative Loan Trust 2007-17CB Mortgage Pass-Through Certificates, Series 2007-17CB,

(collectively "Defendants"), through undersigned counsel, hereby answer the First Amended

Complaint filed by Plaintiff Ronald Wolfson, ("Plaintiff"), by submitting the following

Answer and Affirmative Defenses:

## ANSWER

Defendant denies each and every allegation of the Complaint, both generally and

specifically as set forth herein.

**ANSWER**                                                                                   **File #17003357**

**PARTIES, JURISDICTION ANDE VENUE**

1.      In answering Paragraph 1 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint and, therefore, deny the same for lack of such knowledge or information.  Defendants, however, admit the property address and legal description of the real property at issue in this case.

2.      In answering Paragraph 2 of the Complaint, Defendants admit that this Court has jurisdiction.  Defendants deny the remaining allegations.

3.      In answering Paragraph 3 of the Complaint, Defendants admit that this Court has jurisdiction.  Defendants deny the remaining allegations.

4.      In answering Paragraph 4 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

5.      In answering Paragraph 5 of the Complaint, Defendants deny the allegations contained therein on the basis of typographical error as to the proper name of the beneficiary.

6.      In answering Paragraph 6 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

7.      In answering Paragraph 7 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint and, therefore, deny the same for lack of such knowledge or information.  Defendants also aver that the allegations contained therein are a conclusion of law as to which no answer is required.  To the extent that such allegations require a response, Defendants deny such allegations.

8.      In answering Paragraph 8 of the Complaint, the allegations contained in this paragraph are not directed at these Defendants.  As such, no response is required.  To the

extent that a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

## FACTS AND GENERAL ALLEGATIONS

9.      In answering Paragraph 9 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

10.      In answering Paragraph 10 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

11.      In answering Paragraph 11 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

12.      In answering Paragraph 12 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

13.      In answering Paragraph 13 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

14.      In answering Paragraph 14 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

**ANSWER**                                                                 **File #17003357**

15.    In answering Paragraph 15 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

16.    In answering Paragraph 16 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

17.    In answering Paragraph 17 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

18.    In answering Paragraph 18 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

19.    In answering Paragraph 19 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

20.    In answering Paragraph 20 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

21.    In answering Paragraph 21 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

1    22.    In answering Paragraph 22 of the Complaint, Defendants are without
2  knowledge or information sufficient to form a belief as to the truth of the allegations
3  contained in Paragraph 22 of the Complaint and, therefore, deny the same for lack of such
4  knowledge or information.

5    23.    In answering Paragraph 23 of the Complaint, Defendants are without
6  knowledge or information sufficient to form a belief as to the truth of the allegations
7  contained in Paragraph 23 of the Complaint and, therefore, deny the same for lack of such
8  knowledge or information.

9    24.    In answering Paragraph 24 of the Complaint, Defendants are without
10  knowledge or information sufficient to form a belief as to the truth of the allegations
11  contained in Paragraph 24 of the Complaint and, therefore, deny the same for lack of such
12  knowledge or information.

13    25.    In answering Paragraph 25 of the Complaint, Defendants are without
14  knowledge or information sufficient to form a belief as to the truth of the allegations
15  contained in Paragraph 25 of the Complaint and, therefore, deny the same for lack of such
16  knowledge or information.

17    26.    In answering Paragraph 26 of the Complaint, Defendants are without
18  knowledge or information sufficient to form a belief as to the truth of the allegations
19  contained in Paragraph 26 of the Complaint and, therefore, deny the same for lack of such
20  knowledge or information.

21    27.    In answering Paragraph 27 of the Complaint, Defendants are without
22  knowledge or information sufficient to form a belief as to the truth of the allegations
23  contained in Paragraph 27 of the Complaint and, therefore, deny the same for lack of such
24  knowledge or information.

25    28.    In answering Paragraph 28 of the Complaint, Defendants are without
26  knowledge or information sufficient to form a belief as to the truth of the allegations
27  contained in Paragraph 28 of the Complaint and, therefore, deny the same for lack of such
28  knowledge or information.

29.     In answering Paragraph 29 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

30.     In answering Paragraph 30 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

31.     In answering Paragraph 31 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

32.     In answering Paragraph 32 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

33.     In answering Paragraph 33 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

34.     In answering Paragraph 34 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

35.     In answering Paragraph 35 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

36.     In answering Paragraph 36 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

37.     In answering Paragraph 37 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

38.     In answering Paragraph 38 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

39.     In answering Paragraph 39 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

40.     In answering Paragraph 40 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

41.     In answering Paragraph 41 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

42.     In answering Paragraph 42 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

**ANSWER**                                                                                    **File #17003357**

43.     In answering Paragraph 43 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

44.     In answering Paragraph 44 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

45.     In answering Paragraph 45 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

46.     In answering Paragraph 46 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

47.     In answering Paragraph 47 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

48.     In answering Paragraph 48 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

49.     In answering Paragraph 49 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

**COUNT ONE**

**FALSE RECORDINGS**

**VIOLATIONS OF A.R.S. §§ 33-420(A)-(D)**

**(BNYM, as Trustee and Bayview)**

50.     In answering Paragraph 50 of the Complaint, Defendants repeat and incorporate by reference the preceding paragraphs as if set forth herein.

51.     In answering Paragraph 51 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of the Complaint and, therefore, deny the same for lack of such knowledge or information.  Defendants also aver that the allegations contained therein are a conclusion of law as to which no answer is required.  To the extent that such allegations require a response, Defendants deny such allegations.

52.     In answering Paragraph 52 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

53.     In answering Paragraph 53 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

54.     In answering Paragraph 54 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint and, therefore, deny the same for lack of such knowledge or information.  Defendants also aver that the allegations contained therein are a conclusion of law as to which no answer is required.  To the extent that such allegations require a response, Defendants deny such allegations.

55.     In answering Paragraph 55 of the Complaint, Defendants deny the allegations in Paragraph 55 of the Complaint.

56.     In answering Paragraph 56 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

57.     In answering Paragraph 57 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

58.     In answering Paragraph 58 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

59.     In answering Paragraph 59 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

60.     In answering Paragraph 60 of the Complaint, Defendants deny the allegations in Paragraph 60 of the Complaint.

61.     In answering Paragraph 61 of the Complaint, Defendants deny the allegations in Paragraph 61 of the Complaint.

62.     In answering Paragraph 62 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

63.     In answering Paragraph 63 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

64.     In answering Paragraph 64 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

65.     In answering Paragraph 65 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

66.     In answering Paragraph 66 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of the Complaint and, therefore, deny the same for lack of such knowledge or information.  Defendants also aver that the allegations contained therein are a conclusion of law as to which no answer is required.  To the extent that such allegations require a response, Defendants deny such allegations.

67.     In answering Paragraph 67 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of the Complaint and, therefore, deny the same for lack of such knowledge or information.  Defendants also aver that the allegations contained therein are a conclusion of law as to which no answer is required.  To the extent that such allegations require a response, Defendants deny such allegations.

68.     In answering Paragraph 68 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

69.     In answering Paragraph 69 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

70.    In answering Paragraph 70 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

71.    In answering Paragraph 71 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

72.    In answering Paragraph 72 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

73.    In answering Paragraph 73 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

74.    In answering Paragraph 74 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

75.    In answering Paragraph 75 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

76.    In answering Paragraph 76 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

77.     In answering Paragraph 77 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 of the Complaint and, therefore, deny the same for lack of such knowledge or information.   Defendants also aver that the allegations contained therein are a conclusion of law as to which no answer is required.  To the extent that such allegations require a response, Defendants deny such allegations.

78.     In answering Paragraph 78 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

79.     In answering Paragraph 79 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

80.     In answering Paragraph 80 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

81.     In answering Paragraph 81 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

82.     In answering Paragraph 82 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

83.     In answering Paragraph 83 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations

contained in Paragraph 83 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

84.   In answering Paragraph 84 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

85.   In answering Paragraph 85 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

86.   In answering Paragraph 86 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

87.   In answering Paragraph 87 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

88.   In answering Paragraph 88 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

89.   In answering Paragraph 89 of the Complaint, Defendants deny the allegations in Paragraph 89 of the Complaint.

90.   In answering Paragraph 90 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of the Complaint and, therefore, deny the same for lack of such knowledge or information.  Defendants also aver that the allegations contained therein are a

conclusion of law as to which no answer is required.  To the extent that such allegations require a response, Defendants deny such allegations.

91.    In answering Paragraph 91 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

92.    In answering Paragraph 92 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

## COUNT TWO

### BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING IN THE NOTE AND DEED OF TRUST CONTRACTS

### (Bayview and BNYM, trustee)

93.    In answering Paragraph 93 of the Complaint, Defendants repeat and incorporate by reference the preceding paragraphs as if set forth herein.

94.    In answering Paragraph 94 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 of the Complaint and, therefore, deny the same for lack of such knowledge or information.  Defendants also aver that the allegations contained therein are a conclusion of law as to which no answer is required.  To the extent that such allegations require a response, Defendants deny such allegations.

95.    In answering Paragraph 95 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of the Complaint and, therefore, deny the same for lack of such knowledge or information.  Defendants also aver that the allegations contained therein are a conclusion of law as to which no answer is required.  To the extent that such allegations require a response, Defendants deny such allegations.

**ANSWER**                                                                 **File #17003357**

1    96.    In answering Paragraph 96 of the Complaint, Defendants are without
2  knowledge or information sufficient to form a belief as to the truth of the allegations
3  contained in Paragraph 96 of the Complaint and, therefore, deny the same for lack of such
4  knowledge or information.  Defendants also aver that the allegations contained therein are a
5  conclusion of law as to which no answer is required.  To the extent that such allegations
6  require a response, Defendants deny such allegations.

7    97.    In answering Paragraph 97 of the Complaint, Defendants are without
8  knowledge or information sufficient to form a belief as to the truth of the allegations
9  contained in Paragraph 97 of the Complaint and, therefore, deny the same for lack of such
10  knowledge or information.  Defendants also aver that the allegations contained therein are a
11  conclusion of law as to which no answer is required.  To the extent that such allegations
12  require a response, Defendants deny such allegations.

13    98.    In answering Paragraph 98 of the Complaint, Defendants are without
14  knowledge or information sufficient to form a belief as to the truth of the allegations
15  contained in Paragraph 98 of the Complaint and, therefore, deny the same for lack of such
16  knowledge or information.

17    99.    In answering Paragraph 99 of the Complaint, Defendants are without
18  knowledge or information sufficient to form a belief as to the truth of the allegations
19  contained in Paragraph 99 of the Complaint and, therefore, deny the same for lack of such
20  knowledge or information.

21    100.    In answering Paragraph 100 of the Complaint, Defendants are without
22  knowledge or information sufficient to form a belief as to the truth of the allegations
23  contained in Paragraph 100 of the Complaint and, therefore, deny the same for lack of such
24  knowledge or information.

25    101.    In answering Paragraph 101 of the Complaint, Defendants are without
26  knowledge or information sufficient to form a belief as to the truth of the allegations
27  contained in Paragraph 101 of the Complaint and, therefore, deny the same for lack of such
28  knowledge or information.

102.   In answering Paragraph 102 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

## COUNT THREE

## FRAUDUELENT MISREPRESENTATION

### (Bayview and BNYM, as trustee)

103.   In answering Paragraph 103 of the Complaint, Defendants repeat and incorporate by reference the preceding paragraphs as if set forth herein.  Defendants deny the remaining allegations in Paragraph 103 of the Complaint.

104.   In answering Paragraph 104 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

105.   In answering Paragraph 105 of the Complaint, Defendants deny the allegations in Paragraph 105 of the Complaint.

106.   In answering Paragraph 106 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

107.   In answering Paragraph 107 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

108.   In answering Paragraph 108 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

109.   In answering Paragraph 109 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

110.   In answering Paragraph 110 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

## COUNT FOUR

## BREACH OF CONTRACT AND PAYMENT/SATISFACTION

### (Bayview and BNYM, as Trustee)

111.   In answering Paragraph 111 of the Complaint, Defendants repeat and incorporate by reference the preceding paragraphs as if set forth herein.

112.   In answering Paragraph 112 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

113.   In answering Paragraph 113 of the Complaint, Defendants deny the allegations in Paragraph 113 of the Complaint.

114.   In answering Paragraph 114 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 of the Complaint and, therefore, deny the same for lack of such knowledge or information.   Defendants also aver that the Deed of Trust speaks for itself so that no answer is required for this allegation.  To the extent that such allegations require a response, Defendants deny such allegations.

115.   In answering Paragraph 115 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 of the Complaint and, therefore, deny the same for lack of such

knowledge or information.

**COUNT FIVE**

**FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)**

**15 U.S.C. § 1692**

**(Bayview)**

116.   In answering Paragraph 116 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

117.   In answering Paragraph 117 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

118.   In answering Paragraph 118 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

119.   In answering Paragraph 119 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

120.   In answering Paragraph 120 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

121.   In answering Paragraph 121 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 of the Complaint and, therefore, deny the same for lack of such

1   knowledge or information.

2   122.   In answering Paragraph 122 of the Complaint, Defendants deny the allegations
3   in Paragraph 122 of the Complaint.

4   123.   In answering Paragraph 123 of the Complaint, Defendants are without
5   knowledge or information sufficient to form a belief as to the truth of the allegations
6   contained in Paragraph 123 of the Complaint and, therefore, deny the same for lack of such
7   knowledge or information.

8   124.   In answering Paragraph 124 of the Complaint, Defendants are without
9   knowledge or information sufficient to form a belief as to the truth of the allegations
10   contained in Paragraph 124 of the Complaint and, therefore, deny the same for lack of such
11   knowledge or information.

12   125.   In answering Paragraph 125 of the Complaint, Defendants deny the allegations
13   in Paragraph 125 of the Complaint.

14   126.   In answering Paragraph 126 of the Complaint, Defendants deny the allegations
15   in Paragraph 126 of the Complaint.

16   127.   In answering Paragraph 127 of the Complaint, Defendants deny the allegations
17   in Paragraph 127 of the Complaint.

18   128.   In answering Paragraph 128 of the Complaint, Defendants deny the allegations
19   in Paragraph 128 of the Complaint.

20   129.   In answering Paragraph 129 of the Complaint, Defendants deny the allegations
21   in Paragraph 129 of the Complaint.

22   130.   In answering Paragraph 130 of the Complaint, Defendants are without
23   knowledge or information sufficient to form a belief as to the truth of the allegations
24   contained in Paragraph 130 of the Complaint and, therefore, deny the same for lack of such
25   knowledge or information.   Defendants also aver that the allegations contained therein are a
26   conclusion of law as to which no answer is required.   To the extent that such allegations
27   require a response, Defendants deny such allegations.

28   131.   In answering Paragraph 131 of the Complaint, Defendants deny the allegations

**ANSWER**                                                                    **File #17003357**

in Paragraph 131 of the Complaint.

132.    In answering Paragraph 132 of the Complaint, Defendants deny the allegations in Paragraph 132 of the Complaint.

133.    In answering Paragraph 133 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

134.    In answering Paragraph 134 of the Complaint, Defendants deny the allegations in Paragraph 134 of the Complaint.

135.    In answering Paragraph 135 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

**COUNT SIX**

**REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA)**

**(Bayview)**

136.    In answering Paragraph 136 of the Complaint, Defendants repeat and incorporate by reference the preceding paragraphs as if set forth herein.

137.    In answering Paragraph 137 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

138.    In answering Paragraph 138 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

139.    In answering Paragraph 139 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations

contained in Paragraph 139 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

140.   In answering Paragraph 140 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

141.   In answering Paragraph 141 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

142.   In answering Paragraph 142 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

143.   In answering Paragraph 143 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of the Complaint and, therefore, deny the same for lack of such knowledge or information.  Defendants also aver that the allegations contained therein are a conclusion of law as to which no answer is required.  To the extent that such allegations require a response, Defendants deny such allegations.

144.   In answering Paragraph 144 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

145.   In answering Paragraph 145 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

146.    In answering Paragraph 146 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

147.    In answering Paragraph 147 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 of the Complaint and, therefore, deny the same for lack of such knowledge or information.   Defendants also aver that the Deed of Trust speaks for itself so that no answer is required for this allegation.  To the extent that such allegations require a response, Defendants deny such allegations.

148.    In answering Paragraph 148 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 of the Complaint and, therefore, deny the same for lack of such knowledge or information.   Defendants also aver that the Deed of Trust speaks for itself so that no answer is required for this allegation.  To the extent that such allegations require a response, Defendants deny such allegations.

149.    In answering Paragraph 149 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

150.    In answering Paragraph 150 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

151.    In answering Paragraph 151 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

1    152.   In answering Paragraph 152 of the Complaint, Defendants are without

2    knowledge or information sufficient to form a belief as to the truth of the allegations

3    contained in Paragraph 152 of the Complaint and, therefore, deny the same for lack of such

4    knowledge or information.

5    153.   In answering Paragraph 153 of the Complaint, Defendants are without

6    knowledge or information sufficient to form a belief as to the truth of the allegations

7    contained in Paragraph 153 of the Complaint and, therefore, deny the same for lack of such

8    knowledge or information.

9    154.   In answering Paragraph 154 of the Complaint, Defendants are without

10   knowledge or information sufficient to form a belief as to the truth of the allegations

11   contained in Paragraph 154 of the Complaint and, therefore, deny the same for lack of such

12   knowledge or information.

13   155.   In answering Paragraph 155 of the Complaint, Defendants are without

14   knowledge or information sufficient to form a belief as to the truth of the allegations

15   contained in Paragraph 155 of the Complaint and, therefore, deny the same for lack of such

16   knowledge or information.

17   156.   In answering Paragraph 156 of the Complaint, Defendants are without

18   knowledge or information sufficient to form a belief as to the truth of the allegations

19   contained in Paragraph 156 of the Complaint and, therefore, deny the same for lack of such

20   knowledge or information.

21   157.   In answering Paragraph 157 of the Complaint, Defendants are without

22   knowledge or information sufficient to form a belief as to the truth of the allegations

23   contained in Paragraph 157 of the Complaint and, therefore, deny the same for lack of such

24   knowledge or information.

25   158.   In answering Paragraph 158 of the Complaint, Defendants are without

26   knowledge or information sufficient to form a belief as to the truth of the allegations

27   contained in Paragraph 158 of the Complaint and, therefore, deny the same for lack of such

28   knowledge or information.

1    159.    In answering Paragraph 159 of the Complaint, Defendants are without
2  knowledge or information sufficient to form a belief as to the truth of the allegations
3  contained in Paragraph 159 of the Complaint and, therefore, deny the same for lack of such
4  knowledge or information.

5    160.    In answering Paragraph 160 of the Complaint, Defendants are without
6  knowledge or information sufficient to form a belief as to the truth of the allegations
7  contained in Paragraph 160 of the Complaint and, therefore, deny the same for lack of such
8  knowledge or information.

9    161.    In answering Paragraph 161 of the Complaint, Defendants are without
10  knowledge or information sufficient to form a belief as to the truth of the allegations
11  contained in Paragraph 161 of the Complaint and, therefore, deny the same for lack of such
12  knowledge or information.

13    162.    In answering Paragraph 162 of the Complaint, Defendants are without
14  knowledge or information sufficient to form a belief as to the truth of the allegations
15  contained in Paragraph 162 of the Complaint and, therefore, deny the same for lack of such
16  knowledge or information.

17    163.    In answering Paragraph 163 of the Complaint, Defendants are without
18  knowledge or information sufficient to form a belief as to the truth of the allegations
19  contained in Paragraph 163 of the Complaint and, therefore, deny the same for lack of such
20  knowledge or information.

21    164.    In answering Paragraph 164 of the Complaint, Defendants are without
22  knowledge or information sufficient to form a belief as to the truth of the allegations
23  contained in Paragraph 164 of the Complaint and, therefore, deny the same for lack of such
24  knowledge or information.

25    165.    In answering Paragraph 165 of the Complaint, Defendants are without
26  knowledge or information sufficient to form a belief as to the truth of the allegations
27  contained in Paragraph 165 of the Complaint and, therefore, deny the same for lack of such
28  knowledge or information.

166.    In answering Paragraph 166 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

167.    In answering Paragraph 167 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

168.    In answering Paragraph 168 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

169.    In answering Paragraph 169 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

170.    In answering Paragraph 170 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

171.    In answering Paragraph 171 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

172.    In answering Paragraph 172 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 of the Complaint and, therefore, deny the same for lack of such knowledge or information.

**AFFIRMATIVE DEFENSES**

As separate and affirmative defenses to the Complaint and to each cause of action herein, Defendant states as follows:

**First Affirmative Defense**

Each of the purported causes of action set forth in the Complaint fails to state facts sufficient to constitute any cause of action against Defendant.

**Second Affirmative Defense**

Each of the purported causes of action set forth in the Complaint is barred, in whole or in part, by the doctrine of waiver.

**Third Affirmative Defense**

Each of the purported causes of action set forth in the Complaint is barred, in whole or in part, by the doctrine of estoppel.

**Fourth Affirmative Defense**

Each of the purported causes of action set forth in the Complaint is barred, in whole or in part, by the doctrine of unclean hands.

**Fifth Affirmative Defense**

Each of the purported causes of action set forth in the Complaint is barred by the doctrine of laches.

**Sixth Affirmative Defense**

Each of the purported causes of action set forth in the Complaint is barred by the Statute of Limitations.

**Seventh Affirmative Defense**

Each of the purported causes of action set forth in the Complaint is barred, in whole or in part, by the parol evidence rule.

**Eighth Affirmative Defense**

With respect to each purported cause of action set forth in the Complaint, Plaintiff failed to mitigate or reasonably attempt to mitigate his damages, if any, as required by law.

///

**ANSWER**                                                                                    **File #17003357**

**Ninth Affirmative Defense**

With respect to each purported cause of action set forth in the Complaint, the damages alleged by Plaintiff, if sustained at all, were proximately caused and aggravated by Plaintiff's own negligence, fraud or intentional conduct.

**Tenth Affirmative Defense**

With respect to each purported cause of action set forth in the Complaint, the damages alleged by Plaintiff, if sustained at all, were proximately caused and aggravated by the negligence of other parties or third parties.  Plaintiff's recovery from Defendants, if any, should be reduced in proportion to the percentage of the negligence or fault of the other parties or third parties.

**Eleventh Affirmative Defense**

Each of the purported causes of action set forth in the Complaint is barred as a result of Plaintiff's prior material breach of an agreement.

**Twelfth Affirmative Defense**

Each of the purported causes of action set forth in the Complaint is barred as a result of Plaintiff's consent to the acts complained in the Complaint.

**Thirteenth Affirmative Defense**

Each of the purported causes of action set forth in the Complaint is barred by Plaintiff's failure to join an indispensable party.

**Fourteenth Affirmative Defense**

Defendant reserves the right to amend this Answer at a later time to assert any matter constituting an avoidance or affirmative defense, including, without limitation, those matters set forth in Fed.R.Civ.P. 8 (c), as discovery shows to be applicable.

## PRAYER

WHEREFORE, Defendants pray for judgment in their favor and against Plaintiff on all of the causes of action in the Complaint, that the Complaint be dismissed in its entirety with prejudice, that Plaintiff take nothing from his Complaint and that the Defendants be awarded their attorneys' fees and such other and further relief as the Court may deem just

1  and proper.

2        **DATED** this 26th day of January 2018.

3

4                              **ZIEVE, BRODNAX & STEELE, LLP**

5

6

7                              /s/Eric L. Cook
                               ERIC L. COOK
8                              *Attorney for Defendants Bayview Loan Servicing, LLC*
                               *and The Bank Of New York Mellon fka The Bank Of*
9                              *New York, As Trustee For The Certificateholders Of*
                               *The CWALT, Inc., Alternative Loan Trust 2007-17CB*
10                             *Mortgage Pass-Through Certificates, Series 2007-*
                               *17CB*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANSWER**                                                    **File #17003357**

1

## __CERTIFICATE OF SERVICE__

2

3        I hereby certify that on the date stated above, a copy of the foregoing has been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system.

4

5   **COPY** mailed this same day to:

6

7   Beth Findsen, Esq,
    The Law Offices of Beth K. Findsen, PLLC
8   7279 East Adobe Drive, suite D-120
    Scottsdale, AZ 85255
9   Counsel for Plaintiff

10
    */s/ Eric L. Cook*
11  Eric L. Cook

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANSWER**                                                                    **File #17003357**